UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PATRICK GEBERT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| AMERICAN LOGISTICS, INC. and DON REED, | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Patrick Gebert, by counsel, Jennifer McKibben and Jeff Shaw, and alleges and seeks relief as follows:

1. Plaintiff Patrick Gebert is a citizen of Wisconsin.

2. Defendant American Logistics Inc. is a corporation organized under the laws of California with its principal place of business in California.

3. Defendant Don Reed ("Defendant Reed") is a citizen of Florida.

4. The amount in controversy, without interest and costs, exceeds $75,000, the sum or value specified by 28 U.S.C. § 1332.

5. The subject collision occurred in Allen County, State of Indiana, making venue in this judicial district proper pursuant to 28 U.S.C. § 1391.

6. Defendant American Logistics, Inc. is a motor carrier engaged in the business of transporting goods in interstate commerce.

7. Defendant American Logistics, Inc.'s business operations include the State of Indiana.

8. At all relevant times, Defendant Reed was an employee and/or agent of

Defendant American Logistics, Inc.

9. At the time of the collision described below on March 2, 2021, Defendant Reed was acting in the course and scope of his employment and/or agency with Defendant American Logistics, Inc.

10. Defendant American Logistics, Inc. is vicariously liable and responsible for the acts of negligence and damages caused by its employee and/or agent during the course and scope of Defendant Reed's employment and/or agency with Defendant American Logistics, Inc.

11. On or about March 2, 2021, Plaintiff Patrick Gebert was operating a 2019 Black Mack semi tractor-trailer (hereinafter "the mack") westbound on US 30 in Allen County, State ofIndiana.

12. At about the same time, Defendant American Logistics, Inc. – by and through its agent, servant, and/or employee Defendant Reed – was carelessly and negligently operating a 2015 White Freightliner semi tractor-trailer (the "semi") also westbound on US 30 in Allen County, State of Indiana behind the mack.

13. Defendant Reed was following too closely on US 30, realized he was going to hit the mack and attempted to swerve around Plaintiff Patrick Gebert's mack; however, Defendant Reed's trailer fishtailed during the maneuver and crashed into the rear of the mack.

14. Defendant American Logistics, Inc. by and through its agent, servant, and/or employee, Defendant Reed, is guilty of the following acts of negligence, gross negligence, and/or omissions which proximately caused the collision of March 2, 2021, described hereinabove, and the injuries sustained by Plaintiff Patrick Gebert.

    a. Defendant Reed carelessly and negligently failed to keep and maintain a proper lookout for other vehicles using the roadway, including the mack operated

by Plaintiff Patrick Gebert;

b. Defendant Reed carelessly and negligently failed to keep the semi under control so as to avoid colliding with the mack operated by Plaintiff Patrick Gebert;

c. Defendant Reed carelessly and negligently followed the mack operated by Plaintiff Patrick Gebert too closely; and

d. Defendant Reed failed to change, alter, or divert the course of the mack to avoid a collision with the semi operated by Plaintiff Patrick Gebert.

15. Defendant American Logistics, Inc. is guilty of the following additional acts of negligence, gross negligence, and/or omissions which proximately caused or proximately contributed to the collision of March 2, 2021, described hereinabove, and the injuries sustained by Plaintiff Patrick Gebert:

a. Defendant American Logistics, Inc. negligently and carelessly failed to properly select, train, and/or supervise its drivers including but not limited to Defendant Reed;

b. Defendant American Logistics, Inc. negligently and carelessly put or allowed to remain on the road unqualified and/or reckless drivers including, but not limited to, Defendant Reed;

c. Defendant American Logistics, Inc. negligently and carelessly failed to screen and test its drivers including, but not limited to, Defendant Reed, periodically to monitor and evaluate their safety orientation;

d. Defendant American Logistics, Inc. negligently and carelessly failed to develop, promulgate, adopt, and/or implement

safety policies, procedures, and practices for its drivers including, but not limitedto, Defendant Reed;

e. Defendant American Logistics, Inc. negligently and carelessly permitted, allowed, and/or failed to stop its drivers,including, but not limited to, Defendant Reed, from violating rules, regulations, and/or statutes regarding driver records and logs;

f. Defendant American Logistics, Inc. negligently and carelessly failed to provide periodic systematic safety and/or defensive driver training for its drivers including, but not limited to, Defendant Reed;

g. Defendant American Logistics, Inc. negligently and carelessly failed to provide remedial training of its drivers including, but not limited to, Defendant Reed;

h. Defendant American Logistics, Inc. negligently entrusted its vehicle to Defendant Reed; and

i. Any such other negligence or gross negligence and violations of rules, regulations, and statutes as may be shown at the trial of this matter, including butnot limited to the laws of Indiana, CDL training and the Federal Motor Carrier Safety Regulations.

16. As a direct and proximate result of the carelessness and negligence of Defendant American Logistics, Inc. and Defendant Reed, Plaintiff Patrick Gebert sustained physical injuries, has experienced physical pain and mental anguish, and will continue to experience pain and mental anguish in the future.

17. As a direct and proximate result of his injuries and their effects upon him,

Plaintiff Patrick Gebert has been required to engage the services of health care providers for medical treatment and has incurred medical expenses as a result; further, Plaintiff Patrick Gebert will inevitably require medical services in the future as a result of his injuries, for which he will incur additional expenses.

18. As a direct and proximate result of the carelessness and negligence of American Logistics, Inc and Defendant Reed, the activities of Plaintiff Patrick Gebert's daily life have been permanently and adversely affected to his detriment.

19. At all times relevant herein, Defendant American Logistics, Inc. and Defendant Reed acted with reckless disregard of the consequences to Plaintiff Patrick Gebert and acted in a wanton/willful/grossly negligent manner, justifying an award of punitive damages to punish and deter such wrongful conduct.

WHEREFORE, Plaintiff Patrick Gebert prays for judgment against Defendant American Logistics, Inc. and Defendant Don Reed., in an amount commensurate with his injuries, for the costs of this action, for punitive damages, and for all other just and proper relief.

Respectfully submitted,

MCKIBBEN SHAW LAW

*/s/ Jennifer E. McKibben*
Jennifer E. McKibben, #27249-02
Jeff Shaw, 15265-46
402 W. Jefferson Street
Fort Wayne, IN 46802
(260) 777-7777
jen@slipandfall.com

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Patrick Gebert, by counsel, respectfully demands trial by jury.

Respectfully submitted,

MCKIBBEN SHAW LAW

*/s/ Jennifer E. McKibben*
Jennifer E. McKibben, #27249-02
Jeff Shaw, 15265-46
402 W. Jefferson Street
Fort Wayne, IN 46802
(260) 777-7777
jen@slipandfall.com